1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN PEYTON MENENDEZ,              Case No. 2:22-cv-00047-JDP (HC)

12                  Petitioner,          ORDER DIRECTING PETITIONER TO FILE
                                        AN APPLICATION TO PROCEED IN
13          v.                           FORMA PAUPERIS OR PAY THE FILING
                                        FEE
14   WARDEN.,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma*

19   *pauperis* affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).

20   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21   a request to proceed *in forma pauperis* or submit the appropriate filing fee.

22          In accordance with the above, it is hereby ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, either an affidavit

24   in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

25          2.  Petitioner's failure to comply with this order will result in a recommendation that this

26   action be dismissed.

27

28

3.  The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   __January 22, 2022__                        _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE