UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PAYTON MENENDEZ, | Case No. 2:22-cv-00047-JDP (HC) |
| Petitioner, | ORDER GRANTING IN PART PETITIONER'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| WARDEN, | ECF No. 6 |
| Respondent. | |

Petitioner has filed a motion for a ninety-day extension of time to file an amended petition for a writ of habeas corpus.  ECF No. 6.  Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 6, is granted in part.

2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

IT IS SO ORDERED.


Dated:   May 26, 2022                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE