UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PEYTON MENENDEZ,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | Case No.  2:22-cv-00047-JDP (HC)<br><br>ORDER DENYING PETITIONER'S MOTION TO ALLOW FRIEND OF COURT<br><br>ECF No. 8 |

      Petitioner has filed a motion seeking to have his mother appointed as a "friend of the court." ECF No. 8. He argues that he has been diagnosed with paranoid schizophrenia and needs his mother's assistance to litigate this case. *Id.* at 2. To that end, petitioner requests that copies of all filings be sent to his mother's address. *Id.* at 3. His mother, who is not an attorney, is not permitted to represent him, and I will not order that filings be sent to her automatically. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) ("Although a non-attorney may appear in propria persona in his own behalf, that privilege is personal to him . . . . He has no authority to appear as an attorney for others than himself."). However, nothing prevents petitioner's mother from accessing the public docket, informing herself of developments in the case, and lending him whatever assistance she is able to provide.

      Accordingly, it is ORDERED that petitioner's motion to allow friend of court, ECF No. 8, is DENIED.

IT IS SO ORDERED.

Dated: __June 16, 2022__                          _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE