UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PEYTON MENENDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 2:22-cv-00047-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>ECF No. 10 |

Petitioner has filed a motion for a second extension of time to file an amended petition for a writ of habeas corpus. ECF No. 10. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 10, is granted.

2. Petitioner is granted until August 15, 2022, to file an amended petition.

IT IS SO ORDERED.

Dated:   June 30, 2022                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE