UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PEYTON MENENDEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. 2:22-cv-00047-JDP (HC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

   On April 12, 2022, I screened petitioner's petition for writ of habeas corpus, notified him that it was likely time-barred, and granted him thirty days to file an amended petition. ECF No. 5. Subsequently, petitioner sought three extensions of time to file an amended petition; I granted each of these requests. ECF Nos. 6, 7, 10, 12, 13, & 14. The last extension of time gave petitioner until October 30, 2022, to file an amended petition. ECF No. 14. Petitioner, however, failed to timely file an amended petition. Accordingly, on December 1, 2022, I ordered petitioner to show cause within twenty-one days why this action should not be dismissed for his failure to prosecute. ECF No. 15. I notified him that if he wished to continue with this action he must, within twenty-one days, file an amended petition. *Id*. I also warned him that failure to comply with that order would result in a recommendation that this action be dismissed. *Id*.

   The deadline has passed, and petitioner has not filed an amended petition nor otherwise responded to the December 1, 2022 order. Accordingly, it is hereby ORDERED that the Clerk of

Court shall randomly assign a United States District Judge to this case.

Further, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute and failure to comply with court orders, for the reasons set forth in the court's April 12, 2022 order.

2. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   January 23, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE